THE CITY OF NEW YORK, Respondent, *v.* THIRD AVENUE RAILROAD COMPANY, Appellant, Impeaded with Another.

*City of New York* v. *Third Ave. R. R. Co.*, 115 App. Div. 899, affirmed.
(Argued November 21, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 28, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover license fees alleged to be due from the defendant for running passenger cars on its railway in the city of New York.

*J. P. Cotton, Jr., George H. Bartholomew* and *H. A. Robinson* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.